

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Interest of D.G., K.G., H.M.G.,
Children

No. 06-15-00025-CV

Appeal from the County Court at Law No.
1 of Gregg County, Texas (Tr. Ct. No.
2014-0872-CCL1).   Opinion delivered by
Chief Justice Morriss, Justice Moseley and
Justice Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We note that the appellants have adequately indicated their inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED OCTOBER 28, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk